MCGREGOR W. SCOTT
United States Attorney
KIMBERLY A. SANCHEZ
ROSS PEARSON
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:18-CR-207-NONE |
|---|---|
| Plaintiff, | STIPULATION TO EXTEND MOTIONS DEADLINES; FINDINGS AND ORDER |
| v. | |
| FRANCISCO LIZANO, ET AL., | |
| Defendants. | |

**STIPULATION**

1. In early March 2020, the Court signed an order continuing trial in this matter and setting the following deadlines for Motions in Limine:

   a) All motions, including substantive motions and motions in limine, shall be filed no later than May 15, 2020.

   b) Opposition to motions shall be filed no later than May 29, 2020.

   c) Replies shall be filed no later than June 5, 2020.

   d) The Court will hold a hearing on all motions on June 12, 2020, at 8:30 a.m.

2. Since that time, the global COVID-19 pandemic has substantially affected the ability of the parties to prepare motions in limine. In addition, other cases with pressing coronavirus-related issues have required all counsel to deal with these time-sensitive issues. As such, counsel believe the

current motions schedule should be modified to reflect these new difficulties that were unforeseen at the time this Court issued the scheduling order.

   3. Counsel therefore agree and stipulate that the following motions schedule shall apply as to motions in limine:

    a) All motions, including substantive motions and motions in limine, shall be filed no later than May 29, 2020.

    b) Opposition to motions shall be filed no later than June 12, 2020.

    c) Replies shall be filed no later than June 19, 2020.

    d) The Court will hold a hearing on all motions on June 26, 2020, at 8:30 a.m.

   IT IS SO STIPULATED.

Dated:  May 14, 2020

McGREGOR W. SCOTT
United States Attorney

/s/ ROSS PEARSON
ROSS PEARSON
Assistant United States Attorney

| | |
|---|---|
| Dated: May 14, 2020 | /s/ E. MARSHALL HODGKINS<br>E. MARSHALL HODGKINS, III<br>Counsel for Defendant<br>FRANCISCO LIZANO<br>(authorized by email on May 14, 2020) |
| Dated: May 14, 2020 | /s/ BARBARA O'NEILL<br>BARBARA O'NEILL<br>Counsel for Defendant<br>JEFFERSON GUEVARA<br>(authorized by email on May 14, 2020) |
| Dated: May 14, 2020 | /s/ MICHAEL J. AED<br>MICHAEL J. AED<br>Counsel for Defendant<br>EVER MEMBRENO<br>(authorized by email on May 14, 2020) |
| Dated: May 14, 2020 | /s/ W. SCOTT QUINLAN<br>W. SCOTT QUINLAN<br>Counsel for Defendant<br>LORENZO AMADOR<br>(authorized by email on May 14, 2020) |
| Dated: May 14, 2020 | /s/ ROGER D. WILSON<br>ROGER D. WILSON<br>Counsel for Defendant<br>JOSE WILSON NAVARETTE-MENDEZ<br>(authorized by email on May 14, 2020) |

Dated:  May 14, 2020

/s/ JOHN F. GARLAND
JOHN F. GARLAND
Counsel for Defendant
DENIS RODOLFO ALFARO-TORRES
(authorized by email on May 14, 2020)

Dated:  May 14, 2020

/s/ NICHOLAS CAPOZZI
NICHOLAS CAPOZZI
Counsel for Defendant
SANTOS BONILLA
(authorized by email on May 14, 2020)

Dated:  May 14, 2020

/s/ ROGER S. BONAKDAR
ROGER S. BONAKDAR
Counsel for Defendant
HENRY BONILLA
(authorized by email on May 14, 2020)

Dated:  May 15, 2020

/s/ DANIEL L. HARRALSON
DANIEL L. HARRALSON
Counsel for Defendant
CHRISTIAN HIDALGO
(authorized by email on May 15, 2020)

**ORDER**

IT IS SO ORDERED.

Dated:  **May 15, 2020**

UNITED STATES DISTRICT JUDGE